JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BOBBY GONZALEZ,                         )   NO. CV 19-2733-JFW(E)
                                        )
              Petitioner,               )
                                        )
     v.                                 )        JUDGMENT
                                        )
RESPONDENTS UNKNOWN NAMES,              )
ETC., ET AL.,                           )
                                        )
              Respondents.              )
                                        )
_____ )

     Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that the action is dismissed without prejudice.


          DATED: July 1, 2019.


                         _____
                              JOHN F. WALTER
                         UNITED STATES DISTRICT JUDGE